No. 78–104. JOHNSON ET AL. v. ATTORNEY GENERAL OF MARYLAND ET AL. Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. 78–138. WESTINGHOUSE ELECTRIC CORP. v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 78–5001. FRANCIS v. MASSACHUSETTS; and O'CLAIR v. MASSACHUSETTS. Appeals from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. Reported below: 374 Mass. 750, 374 N. E. 2d 1207 (first case); 374 Mass. 759, 374 N. E. 2d 1212 (second case).

No. 78–5081. STEIN v. TEXAS POWER & LIGHT CO. ET AL. Appeal from Ct. Civ. App. Tex., 2d Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 77–1592. CAMBRON ET AL. v. CANAL INSURANCE CO. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1631. RIDGILL ET UX. v. RESTON HOMEOWNERS ASSN. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1642. CHERAMIE ET AL. v. GUIDRY ET UX. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.